**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Jordan Roy Guerra,**<br>***Plaintiff*** | §<br>§ | |
| **v.** | §<br>§ | **No. 1:25-cv-02024-SH** |
| **Commissioner of Social Security Administration,**<br>***Defendant*** | §<br>§<br>§ | |

**FINAL JUDGMENT**

On this day, the Court issued an order reversing and remanding this action to the Commissioner of Social Security for further administrative proceedings. The Court now issues this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

The Court **ENTERS JUDGMENT** in favor of Plaintiff and orders the Clerk of Court to **CLOSE** this case.

**SIGNED** on September 8, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE